ACCEPTED
12-15-00093-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/29/2015 8:54:12 AM
Pam Estes
CLERK

**IN THE COURT OF APPEALS FOR THE**
**12TH DISTRICT OF TEXAS AT TYLER**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/29/2015 8:54:12 AM

PAM ESTES
Clerk

| | | |
|---|---|---|
| **JOSE IGNACIO LOPEZ-HERNANDEZ,** | § | |
| APPELLANT | § | |
| | § | |
| v. | § | **No. 12-15-00093-CR** |
| **THE STATE OF TEXAS**, | § | |
| APPELLEE | § | |

**STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE**
**ANSWER TO APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, the State of Texas, by and through her Assistant District Attorney for Nacogdoches County, and tenders this motion for an extension of time to file the State's Answer to Appellant's Brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.2. In support of this motion, the State would show the following:

I.

The case is styled *Jose Ignacio Lopez-Hernandez v. The State of Texas*, and is an appeal from trial in the 420th District Court in Nacogdoches County, Texas, in cause number F1521498.

II.

Appellant's brief was filed on August 31, 2015, and the State's answer in the instant case is currently due on September 29, 2015. The State respectfully

requests an extension of time to file the State's answer so that the answer will be due on October 30, 2015. The State has not previously requested an extension of time to file an answer.

III.

The extension of time to file is not requested for the purpose of an improper delay but so that the State might adequately respond to Appellant's motion. The State alleges good cause exists for the extension due to counsel's preparation and work on other cases, namely:

- *The State of Texas v. Decobie Dywain Durden*, Cause Number F1521939, wherein the defendant is charged with the offense of Capital Murder, is set for trial in the 420th District Court;

- *The State of Texas v. Rynikki Oshay Williams*, Cause Number F1421331, wherein the defendant is charged with Aggravated Assault with a Deadly Weapon, is set for trial in the 420th District Court;

- *The State of Texas v. Rena Chonta Fontenot*, Cause Number F1420990, wherein the defendant is charged with Possession of a Controlled Substance, is set for trial in the 420th District Court;

- *The State of Texas v. Jared Blaine Fogle*, Cause Number F1521649, wherein the defendant is charged with Theft, is set for trial in the 420th District Court;

- *The State of Texas v. Marvin Earl Tolliver*, Cause Number F1420603, wherein the defendant is charged with Aggravated Kidnapping, is set for trial in the 420th District Court;

- Moreover, our office has recently undergone personnel changes, leaving us with fewer attorneys in the courtroom to share the caseload.

- Once these matters have been adequately addressed, Appellee will have sufficient time to devote to this Answer to Appellant's Brief.

2

**WHEREFORE**, premises considered, the State respectfully requests that the Court grant the instant motion and extend the time for filing the State's answer until October 30, 2015.

Respectfully submitted,

Andrew E. Jones
Assistant District Attorney
Nacogodoches County, Texas
State Bar No. 24073562
101 West Main Street, Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
FAX: (936) 560-6036

3

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been served via FAX/certified mail/hand delivery on counsel for Appellant, Reynaldo Morin, on this, the 29th day of September, 2015.

Andrew E. Jones
Assistant District Attorney
Nacogdoches County, Texas
State Bar No. 24073562
101 West Main Street, Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
FAX: (936) 560-6036